Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) 0:01CR00016-1(DSD) |
|---|---|
| | DOCKET NO. (Receiving Court) |

| NAME | DISTRICT | DIVISION |
|---|---|---|
| Ervin Carnell Dixon | MINNESOTA | |
| | NAME OF SENTENCING JUDGE: Honorable David S. Doty | |
| | DATES OF SUPERVISION FROM 08-25-2004 | TO 08-24-2008 |

OFFENSE

PWID Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1/14/05

Date

United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

JAN 3 1 2005

Effective Date

Charles P. Kocoras

United States District Judge

SCANNED
JUN 02 2005
U.S. DISTRICT COURT ST. PAUL